IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JESSE WAYNE DIXON, #209012,      :

    Plaintiff,                  :

vs.                              :   CIVIL ACTION 12-0041-CB-M

ROBERT BENTLEY, et al.,          :

    Defendants.                 :

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court. It is ORDERED that Plaintiff's complaint be and is hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.

DONE this 2nd day of July, 2012.

s/Charles R. Butler, Jr.
SENIOR UNITED STATES DISTRICT JUDGE